

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| In the Matter of the Estate of Vaughn Kuyamjian, a/k/a Vahan Kuyamjian, | § | No. 08-16-00250-CV |
| | § | Appeal from the |
| Appellant. | § | County Court at Law No. 1 |
| | § | of Hays County, Texas |
| | § | (TC# 16-0085-P) |
| | § | |

# **O R D E R**

The Court requests the parties to submit supplemental briefs regarding Appellant's standing before the trial court and on appeal to challenge the purported transfer of the trust asset by the will. The supplemental briefs should address the trial court's finding there is no evidence of undue influence, no material fact issue as to mental capacity and that Decedent possessed testamentary capacity on February 22, 2016 and whether it modifies the analysis and if so, how.

The supplemental briefs are not to exceed ten pages. Appellant's supplemental brief is due May 8, 2017 and Appellee's supplemental brief is due on or before May 19, 2017.

IT IS SO ORDERED this 26th day of April, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.